UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
)
v. ) CRIMINAL NO. 05m-1113-JGD
)
)
MIKEY J. LITCHFIELD )
)

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Michael Doyle, Special Agent of the United States Drug Enforcement Administration, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon personal knowledge coming to me in connection with my official duties there was issued a one-count indictment (criminal number 05-1050-M) and warrant of arrest for one Mickey Litchfield in the United States District Court for the Eastern District of New York for a violation of Title 21, United States Code, Section 846 (conspiracy to distribute cocaine).

1

I do hereby make oath that on this date, August 17, 2005, I executed said warrant by arresting Mickey Litchfield in Athol in the District of Massachusetts. I further make oath that as of this date the above-referenced indictment remains outstanding in the Eastern District of New York.

_____
Michael Doyle
Special Agent
U.S. Drug Enforcement
Administration

Subscribed and sworn to before me this 17th day of August, 2005.

_____
JUDITH G. DEIN
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

05m-1113-JGD

UNITED STATES OF AMERICA

v.

MICKEY LITCHFIELD,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 05-1050M

TO: Special Agent Todd Meinken, Drug Enforcement Administration, and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICKEY LITCHFIELD**
                                                Name

and bring him forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation  [ ] Probation Violation

charging him with (brief description of offense)

On or about and between January 31, 2005 and April 22, 2005, within the Eastern District of New York and elsewhere, the defendant MICKEY LITCHFIELD, together with others, did conspire to distribute and to possess with the intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

in violation of Title __21__ United States Code, Section(s) __846__

_Kiyo A. Matsumoto_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

August 16, 2005
Brooklyn, New York
Date and Location

Bail fixed at $_____

By UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above name defendant at

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |