AO 199A (Rev. 6/97) Order Setting Conditions of Release                                Page 1 of _3_ Pages

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

United States of America

V.

_Mickey Litchfield_
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: _05m-1113-JGD_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _USDC Eastern District of NY/EDNY_ Place _550 United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201-1818_ on _8/29/05 @ 2:00pm_ Date and Time

PTS #718-260-2570

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✔ ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _twenty five thousand and x/100_ dollars ($ _25,000 N/C_) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL