# United States District Court
## For
## The Eastern District of New York

United States vs. Mickey Litchfield            Docket Number: 05-MJ-1050

To any United States Marshal, or any other authorized officer.

**Warrant for the Arrest of Defendant**

*You are hereby commanded to arrest the within named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court.*

| Name of Defendant | Gender | Race | Age |
|---|---|---|---|
| Mickey Litchfield | W | M | 30 |

**Address (Street, City, State)**

Gosnold Drug Treatment Center - The Miller House
165 Woods Hole Road
Falmouth, MA 02540

**To be brought before (Court, City, State)**

United States District Court
Brooklyn, NY

| Clerk | (by) Deputy Clerk | Date |
|---|---|---|
| ROBERT C. HEINEMANN | [signature] | NOV 17 2005 |

### Return

| Warrant received and executed | Date Received | Date Executed |
|---|---|---|
| | | |

**Executing Agency (Name and Address)**

| Name | (by) | Date |
|---|---|---|
| | | |